Printed: 09/28/09 09:39 AM

12/14/09
# 11089034
$1.63  Page: 1 SI

## Claims Proposed Distribution
### Case: 08-11601   VAIL, LAURA B.

Case Balance:   $1,812.53     Total Proposed Payment:   $1,812.53     Remaining Balance:   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | THOMAS J. GAFFNEY <2100-00 Trustee Compensation> | Admin Ch. 7 | 453.13 | 453.13 | 0.00 | 453.13 | 453.13 | 1,359.40 |
| | THOMAS J. GAFFNEY <2200-00 Trustee Expenses> | Admin Ch. 7 | 23.60 | 23.60 | 0.00 | 23.60 | 23.60 | 1,335.80 |
| | THOMAS J. GAFFNEY <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 495.00 | 495.00 | 0.00 | 495.00 | 495.00 | 840.80 |
| | THOMAS J. GAFFNEY <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 6.20 | 6.20 | 0.00 | 6.20 | 6.20 | 834.60 |
| SUBTOTAL FOR ADMIN CH. 7 | | | 977.93 | 977.93 | 0.00 | 977.93 | 977.93 | |
| 1 | Discover Bank/DFS Services, LLC | Unsecured | 1,729.22 | 1,729.22 | 0.00 | 1,729.22 | 72.27 | 762.33 |
| 2 | Discover Bank/DFS Services LLC | Unsecured | 5,320.81 | 5,320.81 | 0.00 | 5,320.81 | 222.35 | 539.98 |
| 3 | PYOD LLC its successors and assigns | Unsecured | 982.84 | 982.84 | 0.00 | 982.84 | 41.07 | 498.91 |
| 4-2 | CHASE BANK USA, NA | Unsecured | 4,989.22 | 4,989.22 | 0.00 | 4,989.22 | 208.49 | 290.42 |
| 5 | eCAST Settlement Corporation assignee of | Unsecured | 755.70 | 755.70 | 0.00 | 755.70 | 31.58 | 258.84 |
| 6 | Fingerhut Direct Marketing Inc. CIT Bank | Unsecured | 529.92 | 529.92 | 0.00 | 529.92 | 22.14 | 236.70 |
| 7 | Roundup Funding, LLC | Unsecured | 386.85 | 386.85 | 0.00 | 386.85 | 16.17 | 220.53 |
| 8 | TLC Health Network | Unsecured | 39.00 | 39.00 | 0.00 | 39.00 | 1.63 | 218.90 |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERICA | Unsecured | 5,238.33 | 5,238.33 | 0.00 | 5,238.33 | 218.90 | 0.00 |
| SUBTOTAL FOR UNSECURED | | | 19,971.89 | 19,971.89 | 0.00 | 19,971.89 | 834.60 | |
| | Total for Case 08-11601: | | $20,949.82 | $20,949.82 | $0.00 | $20,949.82 | $1,812.53 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims: | $977.93 | $977.93 | $0.00 | $977.93 | 100.000000% |
| Total Unsecured Claims: | $19,971.89 | $19,971.89 | $0.00 | $834.60 | 4.178873% |

PAID TO THE CLERK US BANKRUPTCY COURT PER RULE 3010



Case 1-08-11601-CLB    Doc 63   Filed 12/14/09    Entered 12/14/09 15:22:53    Desc Main Document    Page 1 of 1